IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, | No.   C06-02406 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JOHN CORTEZ, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **October 13, 2006**, the case shall be dismissed for failure to prosecute.

The Case Management Conference set for October 17, 2006, is **vacated.**

**IT IS SO ORDERED.**

Dated:        10/4/2006

MARTIN J. JENKINS
United States District Judge